**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF J.A., A MINOR | : | No. 309 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: M.R. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF K.R., A MINOR | : | No. 310 WAL 2019 |
| | : | |
| | : | |
| PETITION OF: M.R. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.